IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RYAN GABRIEL VALDES,

   Appellant,

v.
            Case No.  5D22-329
            LT Case No. 2021-CF-000869-AOS

STATE OF FLORIDA,

   Appellee.
_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Osceola County,
Tom Young, Judge.

Matthew J. Metz, Public Defender,
and Betty Wyatt, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

   AFFIRMED.


LAMBERT, C.J., EDWARDS and SASSO, JJ., concur.